# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD RACKLEY, Warden,<br><br>    Respondent. | Case No. CV 15-1488-AG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 24) is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: March 28, 2017

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE