JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN McMILLAN, | Case No. CV 15-1488-AG (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RONALD RACKLEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 28, 2017

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE